IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01765-MSK-MJW

ANDREAS ARROYO,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER and
JOHN DOES 1-20, Denver Police Department

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Protective Order (docket no. 25) is GRANTED finding good cause shown. The written Protective Order (docket no. 25-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: December 4, 2012