IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-1765-MSK-MJW

ANDREAS ARROYO,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, AND
JOHN DOES 1-20, DENVER POLICE DEPARTMENT,

    Defendants.

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the Offer of Judgment served on January 7, 2013 and the Acceptance thereof filed January 22, 2013, with proof of service, it is

ORDERED that judgment is hereby entered for ANDREAS ARROYO and against THE CITY AND COUNTY OF DENVER, and JOHN DOES 1-20, Denver Police Department in the amount of $3,000.00.  Pursuant to the terms of the accepted offer, this amount represents $500 for all damages allegedly arising from the Plaintiff's claims and $2500 for all attorney's fees and costs.  All claims of the Plaintiff are deemed resolved against the City and County of Denver and any unserved Defendants, and all agents or employees of Defendant the City and County of Denver in regard to the transactions or occurrences referenced in Plaintiff's Complaint, including John Does.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.14% from the date of entry of judgment.

Dated at Denver, Colorado this 5th day of April, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk